No. 974.   **State, ex rel. McLendon,** *v.* **Morris.**   November

Term, 1880. This was simply an order granting a writ of *mandamus* in the matter of a municipal election. No opinion was filed, and the reporter has no papers in the case.